

FILED

MAR 0 5 2007

CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| STACIE A. SHEESLEY, as personal representative of Shane D. Sheesley, deceased; and DEEANN VERMEULEN, as personal representative of Thomas J. Vermeulen, deceased, | \* \* \* \* \* \* \* | CIV 02-4185 |
| Plaintiffs, | \* \* | |
| vs. | \* \* | JUDGMENT OF DISMISSAL |
| THE CESSNA AIRCRAFT COMPANY, | \* \* | |
| Defendant and Third-Party Plaintiff, | \* \* \* | |
| and | \* \* | |
| RAM AIRCRAFT CORPORATION and JOHN DOES 1 THROUGH 10, INCLUSIVE, | \* \* \* \* | |
| Defendants, | \* \* | |
| and | \* \* | |
| CAPITAL CITY AIR CARRIER, INC., | \* \* | |
| Third-Party Defendant. | \* | |

GREAT WESTERN BANK, as Personal    \*    CIV 03-5011
Representative of the Estate of Robert    \*
Bielstein,    \*
                                          \*
                Plaintiff,    \*
                                          \*
vs.    \*
                                          \*
THE CESSNA AIRCRAFT COMPANY,    \*
                                          \*

|                                        |   |
|----------------------------------------|---|
| Defendant and                          | * |
| Third-Party Plaintiff,                 | * |
|                                        | * |
| and                                    | * |
|                                        | * |
| RAM AIRCRAFT CORPORATION and           | * |
| JOHN DOES 1 THROUGH 10,                | * |
| INCLUSIVE,                             | * |
|                                        | * |
| Defendants,                            | * |
|                                        | * |
| and                                    | * |
|                                        | * |
| CAPITAL CITY AIR CARRIER, INC.,        | * |
|                                        | * |
| Third-Party Defendant.                 | * |
|                                        | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Pending before the Court is the Defendant's Motion to Dismiss, Doc. 644, and Plaintiffs do not oppose the Motion. Accordingly,

IT IS ORDERED, ADJUDGED AND DECREED:

1.   That the Defendant's Motion to Dismiss, Doc. 644, is granted.

2.   That the Complaint of the Plaintiff is hereby dismissed upon the merits, with prejudice, and without costs.

Dated this 5 day of March, 2007.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

BY: _____
DEPUTY